IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

__Robert James Conant__
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:  PRISONER # __A768904__

1:23CV172.
JUDGE COLE
MAGISTRATE JUDGE GENTRY

vs.

__Noble Correctional Inst.__
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

__Officer: David Freeman__
__Officer: Shayna Bishop__

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

__Robert James Conant__
NAME - FULL NAME PLEASE - PRINT

__P.O. Box 5500 Chillicothe__
ADDRESS: STREET, CITY, STATE AND ZIP CODE

__OHIO, 45601__

__740-935-0420__
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

    B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        DEFENDANTS:

        2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        3. DOCKET NUMBER

        4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   I wrote several Kite's and Informal Complaint's on J-Pay? Also I sent kite's to Medical..

2. WHAT WAS THE RESULT?

   I was told, "Use of Force - Committee" was investigating." and I would be seen further by Medical.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO (✓)

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   I Kited medical and used Informal Complaint process on J-Pay

2. WHAT WAS THE RESULT?

   Bottom Rack for 6-months. Investigation was done, and found Excess force was used by CO'S

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. _Noble Correctional Inst._
   NAMES - FULL NAME PLEASE

   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. _Officer: David Freeman_

3. _Officer: Shayna Bishop_

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On 3-31-21 I was told by Officer Freeman, to get on my rack, I started walking and Officer Freeman was so close to me that he steped on the back's of my Shower Shoe, I stoped and turned to him and asked for a little rome to walk so that he wuldnt trip me, I contin-ued walking and seen it was getting time for count, so I moved to go tourds the restroom and that is when "Officer Freeman slamed my head and pushed my face off and into the wall and started to make threat's to smash my face off the wall again if I moved, and the next thing that I remember was being slamed off the floor, and gate and after I woke up from him knocking me unconscious, his knee was in my ribb's and Officer Bishop was there aswell macing me while I was unconscious in the face, and when I finnally came to, I was told to cuff up, so I complied...

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Im now seeking compensation for physical and emotional pain and suffering, to cover of Medical Cost to Fix my Sholder / Neck.

SIGNED THIS 17 DAY OF march 20 23.

Robert Consint
SIGNATURE OF PLAINTIFF

Robert Conant
A768 904

INMATE MAIL
CHILLICOTHE CORRECTIONAL INST.
PO BOX 5500
CHILLICOTHE, OH 45601

INMATE MAIL

Clerk of Court
U.S. DIST. Court
Southern Dist., Western Division
100 E. 5th Street RM. 103
Cincinnati, OHIO 45202